**Millard Lang RICH, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

**No. 10401.**

United States Court of Appeals
Fourth Circuit.

Argued April 5, 1966.

Decided April 8, 1966.

Henry N. Pharr, II, Charlotte, N. C. (Court appointed counsel), for appellant.

Wm. Medford, U. S. Atty. (Joseph R. Cruciani, Asst. U. S. Atty., on brief), for appellee.

Before HAYNSWORTH, Chief Judge, BOREMAN, Circuit Judge, and BARKSDALE, District Judge.

PER CURIAM:

Upon careful consideration of the record, brief and oral arguments of counsel, we find no error. The judgment of the District Court is therefore

Affirmed.

**Dr. Ernest C. SAMUEL and Edward H.
Barney, Appellants,**

v.

**Vivian Ann LAFARGUE, a minor by Margaret Christmas Lafargue, Her Mother and Next Friend, Appellees.**

**No. 22373.**

United States Court of Appeals
Fifth Circuit.

April 11, 1966.

Rae Bryant, Gulfport, Miss., James H. Drury and Drury & Lozes, New Orleans, La., for appellants.

Robert B. Adam, Gulfport, Miss., John D. Lambert, Jr., and Coe, Nowalsky & Lambert, New Orleans, La., for appellees.

Before JONES and BELL, Circuit Judges, and BREWSTER, District Judge.

PER CURIAM:

The fact issues in this diversity case were submitted to and decided by a jury. No reversible error is shown in the application of controlling legal principles by the rulings and instructions of the court. The judgment of the district court is

Affirmed.